UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

KEVIN GLENN SUMMERFIELD #106228/407232

CIVIL ACTION NO. 18-cv-0838

VERSUS

JUDGE FOOTE

S. HERRING

MAGISTRATE JUDGE HORNSBY

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that Officer Herring's Motion for Summary Judgment (Doc. 17) is granted, and Plaintiff's complaint is dismissed with prejudice.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the _____ day of September, 2019.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE